JS-6

1  BILAL A. ESSAYLI
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
   Chief, Civil Division
3  CEDINA M. KIM
   Assistant United States Attorney
4  Senior Trial Attorney
   MICHAEL MARRIOTT, CSBN 280890
5  Special Assistant United States Attorney
   Office of the General Counsel
6       Social Security Administration
        6401 Security Boulevard
7       Baltimore, Maryland 21235
        Telephone: (510) 970-4836
8       E-Mail: Michael.Marriott@ssa.gov

9  Attorneys for Defendant

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12  HENRY TIMONERA,                    )
                                       )  Case No. 8:25-cv-00748-E
13                                     )
        Plaintiff,                     )
14                                     )  [PROPOSED]
                                       )  **JUDGMENT OF REMAND**
15          v.                         )
                                       )
16                                     )
    FRANK BISIGNANO,                   )
17  Commissioner of Social Security,   )
                                       )
18      Defendant.                     )
                                       )
19  _____

20        The Court having approved the parties' Stipulation to Voluntary Remand

21  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

22  ("Stipulation to Remand") lodged concurrently with the lodging of the within

23  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

24  **DECREED** that the above-captioned action is remanded to the Commissioner of

25  Social Security for further proceedings consistent with the Stipulation to Remand.

26
27  DATED:  6/13/25

                    HON. CHARLES F. EICK
28                  UNITED STATES MAGISTRATE JUDGE